# LEWIS JOHS
## Lewis Johs Avallone Aviles, LLP
Counsellors at Law

December 28, 2023

**Via ECF**

Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   Ruiz v. Oglesby and Oglesby Trucking, Corp., et al.
      Civil Case No: 1:23-cv-11052

Dear Judge Subramanian:

This office represents the defendants in this matter. I am the handling attorney. You recently scheduled an Initial Conference for January 19, 2024. I will be out of the country, returning the evening of January 19, 2024. Accordingly, I request the conference be adjourned. Plaintiff's counsel has consented to this request. The parties are available January 22, 23, 24, 26, 29, 30 and 31, 2024. This is the first request for an adjournment of the conference.

Thank you for your time and consideration.

Very truly yours,

Jessica Klotz
jklotz@lewisjohs.com
*Islandia Office*
JK/lah

cc via ECF:   Michelle Jean-Jacques, Esq.
              Martin Rowe, Esq.

The initial pretrial conference is rescheduled to January 29, 2024 at 2:30 PM. The Clerk of Court is directed to terminate the motion at ECF No. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 29, 2023