UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO C. MORILLO RUIZ,<br><br>                              Plaintiff,<br><br>                 -against-<br><br>OGLESBY AND OGLESBY TRUCKING, CORP., AND KENDRA DANIELLE CRUZ,<br><br>                              Defendants. | 23-CV-11052 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Discovery in this case closes on June 28, 2024. No later than **July 1, 2024**, the parties and the principal decisionmaker for each side should engage in settlement discussions for no less than one hour, either in person or through video conferencing (with video turned on).

No later than **July 2, 2024**, the parties should file a joint letter indicating whether either party intends to file a dispositive motion. If neither party intends to file a dispositive motion, the parties should indicate their availability in August or September 2024 for a trial.

         SO ORDERED.

Dated: June 25, 2024
         New York, New York

                                                                _____
                                                                    ARUN SUBRAMANIAN
                                                                    United States District Judge